PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Jun 07, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0104 TLN |
| Plaintiff, | ORDER FOR ISSUANCE OF ARREST WARRANT |
| v. | |
| CHARLES CARTER | |
| Defendant. | |

**<u>ORDER</u>**

The Court, having reviewed the Indictment in this matter, and the request of the United States for issuance of an arrest warrant and finding good cause therefor, hereby ORDERS that an arrest warrant issue commanding any authorized law enforcement officer to arrest and bring before a United States Magistrate Judge without unnecessary delay CHARLES CARTER, who is charged, by Indictment, with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base; and 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense (2 Counts).

Dated: June 7, 2021

*Kendall J. Newman*
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE