**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:      Mike.Long.Law@msn.com

Attorney for Defendant
CHARLES CARTER

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CARTER, et al.,<br><br>Defendants | ) Case No.: Cr.S-21-104 TLN<br>)<br>) **WAIVER OF APPREARANCE FOR**<br>**DEFENDANT CHARLES CARTER; ORDER**<br>)<br>)<br>) **Judge:  Troy L. Nunley**<br>)<br>)<br>)<br>) |

Defendant CHARLES CARTER, hereby waives his right to be personally present in open court only for the June 23, 2022, appearance before Judge Delaney.

Defendant, hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with his being personally present.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: ~~July 6, 2021~~

Respectfully submitted,

JUNE 16, 2022

By: CHARLES CARTER
Defendant

JUNE 16, 2022

By: Michael D. Long
Attorney for Defendant
CHARLES CARTER

**IT IS SO ORDERED.**

Dated: June 21, 2022

Troy L. Nunley
United States District Judge